JOHN D. LIVINGSTON VS. JOHN MCINTRYE, et al.

Same vs. Same.

Service of papers, made, by unlocking the door and leaving the papers in the office, no one being therein, and no leave shown to have been given to enter the office, to make service. *Held,* not well served, (*see page* 199, *Howard's Special Term Rep.*)

It *seems* where leave is granted by a proper person, to unlock the door and make service of papers; it is good.

*Motion by defendants to set aside inquests in each cause for irregularity.*

JOHN D. LIVINGSTON VS. PETER COMSTOCK, et al.

Same vs. Same.

*Motion by defendants for judgment as in case of non-suit in each cause.*—It was objected that the defendants papers in these motions were not properly served. It appeared that one of defendants' attorneys served the papers in each of these motions, (which was done at the same time) by unlocking the office door of plaintiff's attorney and leaving the papers in his office, no one being in the office at the time. Plaintiff cited (*Howard's Special Term Rep., page* 199.

E. CLARK, *Defts Counsel.* { JOHNSON & WATERS, *Defts Attys in* 1st mo.
{ BOYD & WILSON, *Defts Attys in* 2d motion.

P. CAGGER, *Plffs Counsel.* WILLIAM C. SCHUYLER, *Plffs Atty.*

BEARDSLEY, Justice.—Papers not well served, as it is not shown that there was leave to enter the office, and make the service. Motions denied with costs, without prejudice.